Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
---------------------------------X
                                          **Chapter 13**
In re:
                                        Case No. 24-20499-SLM
    William S. Humen,

Debtor

---------------------------------X

**ATTORNEY'S CERTIFICATION REGARDING MAILING OF MORTGAGE AND TRUSTEE PAYMENTS**

    I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

    1.  I make this certification to verify that I personally mailed the debtor's November mortgage and trustee payments.

    2.  On April 4, 2025 via United States Post Office regular mail I sent personal check number 107 dated April 4, 2025 in the amount of $2,109.24 to:

Fay Servicing, LLC
Attn: Payment Processing
PO Box 88009
Chicago, IL 60680-1009

    A copy of that check is annexed hereto as exhibit A.

    3.  I also sent a $200 official check to the Chapter 13 trustee.  This payment was sent via regular mail.  It was made

payable to Marie-Ann Greenberg, Chapter 13 Trustee and it was

mailed to:

Marie-Ann Greenberg,
Chapter 13 Standing Trustee
PO Box 520
Memphis, TN 38101-0520

    4.   A copy of the money order mailed to the Chapter 13 trustee is

annexed hereto as Exhibit B.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 4, 2025

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit A -- Copy of Check to Fay Servicing**



**Exhibit B -- Copy of Money Order to Trustee**

**flagstar**

MONEY ORDER

50-7100
2260

Date: April 04, 2025

NOT VALID FOR AMOUNTS OVER ONE THOUSAND DOLLARS

$ *********200.00

PAY TO THE ORDER OF: Marie-Ann Greenberg, Chapt. 13 Trustee

REMITTER MUST INSERT PAYEE'S NAME ON ABOVE LINE

William S. Hymer
Case No. 24-20499-SLM

Signed: William Hymer
18 Wegman Court
JC NJ 07305

Issued by flagstar
1-888-248-6423