Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
------------------------------X

In re:

    William S. Humen,

Debtor

------------------------------X

**Chapter 13**

Case No. 24-20499-SLM

## ATTORNEY'S CERTIFICATION REGARDING MAILING OF MORTGAGE AND TRUSTEE PAYMENTS

I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

1.  I make this certification to verify that I personally mailed the debtor's November mortgage and trustee payments.

2.  On May 15, 2025 via United States Post Office regular mail I sent personal check number 132 dated May 13, 2025 drawn from the debtor's account at Flagstar, in the amount of $2,109.24 to:

Fay Servicing, LLC
Attn: Payment Processing
PO Box 88009
Chicago, IL 60680-1009

A copy of that check is annexed hereto as exhibit A.

3.  I also sent a $200 official check to the Chapter 13 trustee.  This payment was sent via regular mail.  It was made

payable to Marie-Ann Greenberg, Chapter 13 Trustee and it was

mailed to:

Marie-Ann Greenberg,
Chapter 13 Standing Trustee
PO Box 520
Memphis, TN 38101-0520

   4.  A copy of the money order mailed to the Chapter 13
trustee is

annexed hereto as Exhibit B.

   I certify that the foregoing statements made by me are true.
I am aware that if any of the foregoing statements made by me are
willfully false, I am subject to punishment.

Dated: May 15, 2025

_____
Nicholas Fitzgerald
Debtor's Counsel

**Exhibit A -- Copy of Check to Mortgagee**

WILLIAM HUMEN
18 WEGMAN CT
JERSEY CITY, NJ 07305

132

1-7100/2260
163

Pay to the
Order of _TAY_ _____

_Twenty-one hundred + nine 24/100_ Dollars

Date _5-13-25_

$ _2,109.24_

flagstar

Acc #

For _____

⑈CHECK AMOUNT

Photo
Safe
Deposit®

⑈004⑈ ⑈331⑈ 32

**Exhibit B -- Copy of Money Order to Trustee**

**flagstar**

MONEY ORDER

2260    .    5674

Date: May 14, 2025

NOT VALID FOR AMOUNTS OVER ONE THOUSAND DOLLARS

$ *********200.00

PAY TO THE
ORDER OF    *Marie Ann Greenberg*

REMITTER MUST INSERT PAYEE'S NAME ON ABOVE LINE

24-20499slm William Humen

SIGN YOUR NAME HERE

CASE #
24-20499-SLM    18 Wegman Court

YOUR ADDRESS HERE

FC NJ 07305

Issued by flagstar
1-888-248-6423

674 3041 431

Security Features Included

Details on Back