UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

William S. Humen

Case No.: _____ 24-20499 _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____

Judge: _____ MEISEL _____

## CERTIFICATION OF SERVICE

1. I, _____ Nadia Loftin _____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for ___ Nicholas Fitzgerald, Esq. ___, who represents
_____ William S. Humen _____ in this matter.

☐ am the _____ in this case and am representing myself.

2. On _____ September 18, 2025 _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

Modified Chapter 13 Plan - - After Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____ September 18, 2025 _____      _____
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William S. Humen<br>18 Wegman Court<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830<br>Attorneys for JPMorgan Chase Bank and US Bank National | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

**24-20499-SLM** William S. Humen
# Creditors

**Jpmcb Home**
P O Box 509011
San Diego, CA 92150

**JPMorgan Chase Bank, National Association**
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**KML Law Group**
701 Market Street
Suite 5000
Philadelphia, PA 19106

**U.S. Bank Trust National Association, et al**
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

**US Bank Trust**
KML Law Group P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**US Bank Trust National Assoc**
PO Box 814609
Dallas, TX 75381

**US Bank/Fay Servicing LLC**
440 S Lasalle St Fl 20
Chicago, IL 60605

**Verizon**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Verizon Wireless**
One Alpharetta Place
Alpharetta, GA 30004