Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−20499−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William S. Humen
18 Wegman Court
Jersey City, NJ 07305

Social Security No.:
xxx−xx−8339

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 23, 2025.

Dated: October 23, 2025
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 24-20499-SLM

William S. Humen                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2

Date Rcvd: Oct 23, 2025                       Form ID: plncf13                      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | William S. Humen, 18 Wegman Court, Jersey City, NJ 07305-4107 |
| r | + | James Sucato, The Property Shop, Inc., 943 Broadway, Bayonne, NJ 07002-4097 |
| 520432360 | + | US Bank Trust, KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520432362 | + | US Bank/Fay Servicing LLC, 440 S Lasalle St Fl 20, Chicago, IL 60605-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2025 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2025 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520495651 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 23 2025 21:10:39 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520432358 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 23 2025 21:23:41 | Jpmcb Home, P O Box 509011, San Diego, CA 92150-9011 |
| 520432359 | ^ | MEBN | Oct 23 2025 20:59:59 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520498510 | ^ | MEBN | Oct 23 2025 20:59:36 | U.S. Bank Trust National Association, et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 520432361 | ^ | MEBN | Oct 23 2025 20:59:36 | US Bank Trust National Assoc, PO Box 814609, Dallas, TX 75381-4609 |
| 520488312 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 23 2025 21:23:04 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520432363 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 23 2025 21:03:00 | Verizon Wireless, One Alpharetta Place, Alpharetta, GA 30004 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025                             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor William S. Humen fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6