Fitzgerald & Associates, P.C.
    By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
----------------------------------X
In re:                                      **Chapter 13**

    William S. Humen,           Case No. 24-20499-SLM

Debtor

----------------------------------X

## ATTORNEY'S CERTIFICATION REGARDING MAILING OF MORTGAGE AND TRUSTEE PAYMENTS

I, Nicholas Fitzgerald, the above named debtor's counsel, hereby certifies as follows:

1. I make this certification to verify that I personally mailed the debtor's November mortgage and trustee payments.

2. On December 13, 2025 via United States Post Office regular mail after affixing the proper postage to the envelope, I sent personal check number 140 dated December 12, 2025 in the amount of $2,239.30 payable to Fay Serving with account number 405 written thereon. The payment was mailed to:

Fay Servicing, LLC
Attn: Payment Processing
PO Box 88009
Chicago, IL 60680-1009

A copy of that check is annexed hereto as exhibit A.

3. On December 13, 2025 via United States Post Office regular mail after affixing the proper postage to the envelope, I also sent a $200 official check to the Chapter 13 trustee. This payment was sent via regular mail. It was made

payable to Marie-Ann Greenberg, Chapter 13 Trustee and it was mailed to:

Marie-Ann Greenberg,
Chapter 13 Standing Trustee
PO Box 520
Memphis, TN 38101-0520

    4. A copy of the check mailed to the Chapter 13 trustee is annexed hereto as Exhibit B.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 13, 2025

                                            Nicholas Fitzgerald
                                            Debtor's Counsel

**Exhibit A --**

Case 24-20499-SLM    Doc 62    Filed 12/15/25    Entered 12/15/25 09:45:07    Desc Main
Document      Page 3 of 6



**Exhibit B --**

**flagstar**

MONEY ORDER    50-7100 2260    ,475

Date: December 12, 2025

NOT VALID FOR AMOUNTS OVER ONE THOUSAND DOLLARS

$ *********200.00

PAY TO THE ORDER OF   Marie-Ann Greenberg

REMITTER MUST INSERT PAYEE'S NAME ON ABOVE LINE

William S. Humen — SIGN YOUR NAME HERE

18 Wegman Court
Jersey City NJ 07305
YOUR ADDRESS HERE

Case NO  24-20499-SLM

Issued by flagstar
1-888-248-6423

⑈ 475⑈ ⑉ 004⑈ 143⑈