| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Fitzgerald & Associates, P.C.<br>Nicholas Fitzgerald, Esq. NF6129<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Telephone (201) 533-1100<br>Email: Nickfitz.law@gmail.com<br>Counsel for Debtor | |
| In Re:<br><br>William S Humen | Case No.: 24-20499<br><br>Chapter: 13<br><br>Hearing Date: 01/14/2026<br><br>Judge: Stacey L Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Docket Entry No. 61 Motion to Withdraw as Attorney

Date: 1/12/25

Signature: /s/

*rev.8/1/15*