UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2026 JAN 12  P 1:41

In Re:
*[Enter the debtor's name(s)]*
Dr. William Scott Hermann
18 Cosgrove Court
Jersey City NJ 07305

Case No.: 24-20499-SLM
*[Enter the case number]*

Chapter:
*[Enter the chapter; example: 13]*

Hearing Date: 1-14-26
*[Enter the hearing date]*

Judge: Meisel
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO CONFIDENTIALITY

*[Enter the relief sought]* The letter (Handwritten) must be kept from Public VIEW and placed in a sealed area

*[Enter your name]* _____ has filed papers with the court to *[Enter the relief sought]* The MEMO is for the Judge ONLY.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 1-14-26
*[Enter the date of the hearing]*

Hearing Time: This matter is so important that
*[Enter the time of the hearing]*

Hearing Location: I will ATTEND IN person
*[Enter the location of the hearing]*
Please let me know the time it will be heard in the afternoon. cell 201-432-6631

Courtroom Number: _____
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

[Enter the trustee's name and address]

[Enter the name and address of all other parties who will be affected by this motion]

*memo is Not to be shared*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __1-12-26__
[Enter the date this document is signed]

Signature: [signed]
[Of the party seeking relief]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

In Re:
*[Enter the debtor's name(s)]*

Dr. William Scott Hemond
18 Wegman Court
Jersey City NJ
07305

Case No.: 24-20499-SLM
*[Enter the case number]*

Chapter:
*[Enter the chapter; example: 13]*

Hearing Date: 1-14-26
*[Enter the hearing date]*

Judge: Meisel
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law. This is actually a MEMO not a MOTION

Date: 1-12-26
*[Enter date this document is signed]*

Signature *[Of party seeking relief]*

Amen

Judge Meisel