Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−20499−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William S. Humen
    18 Wegman Court
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−8339

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/11/26 at 10:00 AM

to consider and act upon the following:

*67* − Notice of Motion for Confidentiality: (Memo filed on January 8, 2026). (RE: related document(s)63 Response). Filed by William S. Humen. (LVJ) Modified text on 1/13/2026 (LVJ).

Dated: 1/13/26

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court