FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  WILLIAM S. HUMEN                          Atty:  FITZGERALD & ASSOCIATES PC
18 WEGMAN COURT                                        649 NEWARK AVE
JERSEY CITY,  NJ  07305                                 JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-20499

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/19/2024 | $200.00 | 5001931773 | 12/20/2024 | $200.00 | 5001934221 |
| 01/22/2025 | $200.00 | 5001936419 | 02/19/2025 | $200.00 | 5001938381 |
| 03/12/2025 | $200.00 | 5001940482 | 04/09/2025 | $200.00 | 5001942665 |
| 06/09/2025 | $200.00 | 5001945674 | 06/17/2025 | $200.00 | 5001947307 |
| 07/15/2025 | $200.00 | 5001949859 | 08/18/2025 | $200.00 | 5001951916 |
| 09/23/2025 | $200.00 | 5001954146 | 10/24/2025 | $200.00 | 5001956083 |
| 11/21/2025 | $200.00 | 5001957686 | 12/18/2025 | $200.00 | 5001959475 |

**Total Receipts: $2,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 170.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,650.00 | 100.00% | 2,642.00 | 1,008.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE BANK NA | (NEW) Prepetition / | 1,414.65 | 100.00% | 0.00 | 1,414.65 |
| 0006 | FAY SERVICING LLC | (NEW) Prepetition / | 114,433.75 | 100.00% | 0.00 | 114,433.75 |
| 0007 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 566.69 | 100.00% | 0.00 | 566.69 |

**Total Paid:  $2,812.00**
See Summary

**Chapter 13 Case # 24-20499**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $2,800.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $2,812.00     =    Funds on Hand: $188.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
        VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.