UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

William S Humen

Case No.:         24-20499
Chapter:          7
Hearing Date:     02/11/2026
Judge:            Stacey L Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Docket Entry No. 67 Notice of Motion for Confidentiality

Date: Feb. 4, 2026

Signature

Date: Feb. 4, 2026

Debtor's Signature

rev.8/1/15